1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  CASEY LEE ROWLAND,                    )  Case No.: 1:15-cv-01475-BAM (PC)
                                          )
12          Plaintiff,                    )  ORDER DISREGARDING PLAINTIFF'S
                                          )  CONSENT OR DECLINE FORM FILED ON
13      v.                                )  OCTOBER 9, 2015
                                          )  (ECF No. 8)
14  JEFFREY A. BEARD, et al.,             )
                                          )
15          Defendants.                   )
                                          )
16  _____  )

17      Plaintiff Casey Lee Rowland ("Plaintiff") is a state prisoner proceeding pro se and in forma

18  pauperis in the civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on

19  September 14, 2015.  (ECF No. 1).  The matter was transferred to this Court on September 29, 2015.

20  (ECF No. 4).   On October 5, 2015, Plaintiff consented to the jurisdiction of the United States

21  Magistrate Judge.  (ECF No. 7).  Thereafter, on October 9, 2015, Plaintiff filed a form declining to

22  consent to Magistrate Judge jurisdiction.   (ECF No. 8).   As Plaintiff previously consented to

23  Magistrate Judge jurisdiction, the form filed by Plaintiff on October 9, 2015, is HEREBY

24  DISREGARDED.  Plaintiff's first amended complaint, filed on July 5, 2016, will be screened in due

25  course.

26  IT IS SO ORDERED.

27      Dated:   __**November 7, 2016**__        __/s/ *Barbara A. McAuliffe*__

28                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28