# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY LEE ROWLAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY A. BEARD, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01475-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 18)<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff Casey Lee Rowland ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint for: (1) an Eighth Amendment claim against Defendants Vasquez, Leon, Llamas, and Pavich in their individual capacities arising out of allegations of sewage overflowing into Plaintiff's cell and lack of cleaning supplies; (2) an Eighth Amendment claim against Defendant Leon in her individual capacity arising out of allegations that Defendant Leon labelled Plaintiff a snitch; (3) an Eighth Amendment claim for deliberate indifference to serious medical needs against Defendant Melo in his individual capacity; and (4) a First Amendment retaliation claim against Defendant Leon in her individual capacity. (ECF Nos. 13, 14.)

　　　　On March 28, 2017, Defendants Leon, Llamas, Melo, Pavich, and Vasquez filed a motion for summary judgment under Federal Rule of Civil Procedure 56 for failure to exhaust

administrative remedies.  (ECF No. 18.)  Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment.  Woods v. Carey, 684 F.3d 934 (9th Cir. 2012); Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1988); Klingele v. Eikenberry, 849 F.2d 409, 411–12 (9th Cir. 1988).  (ECF No. 18-1.)  Plaintiff's opposition was due within twenty-one (21) days of service of Defendant's motion.  More than thirty (30) days have passed, but Plaintiff has not filed an opposition or statement of non-opposition to the motion.  Plaintiff also has not otherwise communicated with the Court.

Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendant's motion within **thirty (30) days**.  **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute and failure to obey a court order**.

IT IS SO ORDERED.

Dated: **May 2, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE