1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| CASEY LEE ROWLAND,<br><br>              Plaintiff,<br><br>      v.<br><br>BEARD, et al.,<br><br>              Defendants. | Case No.  1:15-cv-01475-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS TO CONSENT OR DECLINE TO UNITED STATES MAGISTRATE JUDGE JURISDICTION<br><br>**TEN (10) DAY DEADLINE** |

17
18
19
20
21
22
23
24
25
26

       Plaintiff Casey Lee Rowland ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.  This action currently proceeds on Plaintiff's first amended complaint for: (1) an Eighth Amendment claim against Defendants Vasquez, Leon, Llamas, and Pavich in their individual capacities arising out of allegations of sewage overflowing into Plaintiff's cell and lack of cleaning supplies; (2) an Eighth Amendment claim against Defendant Leon in her individual capacity arising out of allegations that Defendant Leon labelled Plaintiff a snitch; (3) an Eighth Amendment claim for deliberate indifference to serious medical needs against Defendant Melo in his individual capacity; and (4) a First Amendment retaliation claim against Defendant Leon in her individual capacity. (ECF Nos. 13, 14.)

27
28

       This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction.  (ECF No. 7.)  However, the record reflects that

Defendants Llamas, Melo, Pavich, Leon, and Vasquez have not filed valid consent or request for reassignment forms despite filing a motion for summary judgment in this action.  Therefore, Defendants Llamas, Melo, Pavich, Leon, and Vasquez shall notify the Court within ten (10) days from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

      Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of the Court is directed to send Defendants Llamas, Melo, Pavich, Leon, and Vasquez a copy of the consent or request for reassignment form and the instructions for consent to Magistrate Judge jurisdiction; and

2. Defendants shall complete and return the consent or request for reassignment forms within **ten (10) days** of service of this order.

IT IS SO ORDERED.

Dated:   **July 18, 2017**                              /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE